Form clno (02/2011)

**UNITED STATES BANKRUPTCY COURT**

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re:
    Jennifer Deann Nieshe

    Debtor(s).

Case Number: 15−43499−BDL
Chapter: 13

## CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for **Jennifer Deann Nieshe,** for the reason(s) indicated below:

☐ The Debtor(s) did not file a Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management.

☒ Debtor(s) has not certified that all domestic support obligations due have been paid.

☐ Debtor(s) is ineligible for a discharge.

**If the debtor files a Motion to Reopen the Case to file the missing certificate(s), a reopening fee is due.**

Dated: May 2, 2019

                                                Mark L. Hatcher
                                                Clerk of the Bankruptcy Court