Entered on Docket June 12, 2019

**Submitted But Not Entered.**
HONORABLE BRIAN D. LYNCH
EX PARTE

**BROWN AND SEELYE , PLLC**
ELLEN ANN BROWN, WSBA #27992
SUSAN H. SEELYE, WSBA #28825
744 S. FAWCETT
TACOMA, WA 98402
(253) 573-1958



_____
Brian D. Lynch
U.S. Bankuptcy Judge

This order does not comply with Local Rules W.D. Wash. Bankr. 9021-1(d). Specifically, the rules require the top four inches of the order be left blank.

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| Re: ) | |
| ) | In Chapter 13 Proceeding |
| Jennifer Nieshe ) | No. 15-43499-BDL |
| ) | |
| ) | Ex Parte ORDER REOPENING |
| Debtor ) | CASE TO ALLOW DEBTOR TO |
| ) | FILE DOMESTIC SUPPORT OBLIGATION |
| ) | FORM & OBTAIN A DISCHARGE |
| _____ ) | |

**THIS MATTER** having come before the court and good cause appearing herein it is hereby:

**ORDERED** that this case is reopened to allow the debtor(s) to file her Domestic Support Obligation form and to obtain a discharge. The case may close in 20 days if there is no further activity in the case.

///End of Order///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown
Attorney at Law

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958
Fax 253-274-1200